|  | IN THE DISTRICT COURT OF APPEAL |
|---|---|
|  | FIRST DISTRICT, STATE OF FLORIDA |

AARON EUGENE NEWSOME,

      Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1060

Opinion filed October 7, 2015.

Petition for Writ of Certiorari-Original Proceedings.

Aaron Eugene Newsome, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

ROBERTS, C.J., MARSTILLER, and MAKAR, JJ., CONCUR.